| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 2:20-CR-00527-ODW-2 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 2:24-cr-00226-CDS-DJA |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Ms. Nebiyat Easler | Central of California | Western |
| | NAME OF SENTENCING JUDGE | |
| | Otis D. Wright | |
| | DATES OF SUPERVISED RELEASE | FROM 2/26/2024 — TO 2/25/2029 |

**OFFENSE**
18 USC § 1594(c) - Conspiracy to Engage in Sex Trafficking of a Minor and Sex Trafficking by Force, Fraud, and Coercion

**JUSTIFICATION/REASON FOR TRANSFER** *(e.g., prosocial ties, employment/education opportunities, violation of supervision)*
Ms. Easler has no significant ties to the Central District of California and expects to remain in the District of Nevada for the remainder of supervised release. In order to facilitate closer communication between the district of supervision and the Court, it is recommended that the Court order jurisdiction transferred to the District of Nevada.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   CENTRAL   DISTRICT OF   CALIFORNIA

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>District of Nevada</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

September 19, 2024
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   DISTRICT OF   Nevada

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

October 2, 2024
*Effective Date*

*Cristina D. Silva, United States District Judge*